UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MAURICE BROWN                                                                 PETITIONER

V.                                                     CIVIL ACTION NO. 3:18-CV-805-DPJ-FKB

WARDEN JOE ERRINGTON.                                           RESPONDENT

ORDER

This petition for writ of habeas corpus is before the Court on the Report and Recommendation of Magistrate Judge F. Keith Ball. Maurice Brown, a Mississippi state prisoner, filed this petition seeking federal habeas relief under 28 U.S.C. § 2554. R&R [10] at 1. Brown contends "[t]hat his conviction and sentence was obtained in violation of the United States Constitutional Rights to Due Process of Law, Speedy Trial, and Effective Assistance of Counsel during trial and the direct appeal." R&R [10] at 2 (quoting Petition [1] at 3).

Judge Ball considered and rejected Brown's petition on the merits and on the ground that his speedy-trial and ineffective-assistance claims were procedurally barred. R&R [10] at 2, 6 (citing *Sones v. Hargett*, 61 F.3d 410, 416 (5th Cir. 1995)). No objection has been filed, and the time to do so has passed. The Court agrees with the finding of Judge Ball and adopts the Report and Recommendation as the opinion of the Court. Brown's petition is denied, and this matter is dismissed. A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 30th day of August, 2019.

                                       s/ *Daniel P. Jordan III*
                                       CHIEF UNITED STATES DISTRICT JUDGE